IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| Anthony A. Billo and Janet D. Billo | No.  08-21923 |
| Debtor | Hon.  Bruce W. Black |

**CONFIRMATION TO NOTICE OF FINAL CURE**

     Wells Fargo Bank, N.A., as Trustee, in trust for the registered holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1, files this, its Confirmation to Notice of Final Cure:

Wells Fargo Bank, N.A., as Trustee, in trust for the registered holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1 agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) that the debtor is otherwise current on all payments consistent with § 1322(b)(5) of the Code.  The is due for 07/01/2013.

     Submitted by:

     _____/s/ John Crees_____
Attorney for Wells Fargo Bank, N.A., as Trustee, in trust for the registered holders of Park Place Securities, Inc., Asset-Backed Pass-Through Certificates, Series 2005-WCW1

John Crees - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300
Chicago, IL 60601
312-201 6679